Kenneth L. MELTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27211.

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

Stafford, Atlas & Spilman, by Morris Atlas, McAllen, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

This is a companion case to that of Waggoner v. State, Tex.Cr.App., 275 S.W.2d 821, this day decided on the State's Motion for Rehearing, appellant also having been assessed six months in jail for the offense of contributing to the delinquency of a minor.

For the reasons stated in Waggoner v. State, our original opinion is withdrawn, the order reversing the conviction and dismissing the prosecution in the County Court at Law is set aside and the judgment is now affirmed.